UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE F. MASON, JR.,

                Plaintiff,

-against-

RICHARD S. MEISNER, ESQ., individually,
RICHARD A. CATALINA, JR., ESQ.,
individually, and JARDIM MEISNER SALMON
SPRAGUE & SUSSER, P.C.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/2024

24 Civ. 2810 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 12, 2024, Defendants removed this action from New York State Supreme Court, New York County. ECF No. 1. Accordingly, by **April 30, 2024**, Plaintiff shall advise the Court if he seeks to contest removal. If so, the Court shall set a briefing schedule.

    By **April 19, 2024**, Defendants shall serve this order on Plaintiff and file proof of service on the docket.

    SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge