AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Eugene F. Mason, Jr. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-02810-AT |
| Ricahrd S. Meisner, Esq., individually, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eugene F. Mason, Jr.                                                                                           .

Date:     06/05/2024                                        /s/ Jason A. Stewart
                                                                          *Attorney's signature*

                                                        Jason A. Stewart // JS4602
                                                        *Printed name and bar number*
                                                        The Law Offices of Neal Brickman, P.C.
                                                        420 Lexington Ave., Ste. 2811
                                                        New York, NY 10170

                                                                          *Address*

                                                        jason@brickmanlaw.com
                                                                  *E-mail address*

                                                            (212) 986-6840
                                                            *Telephone number*

                                                            (212) 986-7691
                                                              *FAX number*