UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE F. MASON, Jr.,

            Plaintiff,

-against-

RICHARD S. MEISNER, et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2024

24-CV-2810 (AT) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement and for report and recommendation on defendants' anticipated motion to dismiss, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (Dkt. 29.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    It is hereby **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **August 7, 2024, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c), including whether any modifications should be made to the schedule set forth in Dkt. 27.

Dated: New York, New York
         July 30, 2024

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**